**Chan PAK, Appellant**

v.

**AD VILLARAI, LLC, The Ashley Nicole Williams Trust, Villas on Raiford Carrollton Senior Housing, LLC, and Villas on Raiford, LLC, Appellees**

No. 05–14–01312–CV

Court of Appeals of Texas, Dallas.

Order entered April 6, 2016

Lawrence J. Friedman, James R. Krause, Jason Charles Ciarochi, John Sokatch, Dallas, for Chan Pak.

David A. Klingler, William F. Lepage, Peter C. D'Apice, David M. Pruessner, Dallas, for Ad Villarai, LLC.

Before Justices Francis, Evans, and Stoddart

## ORDER

MOLLY FRANCIS, JUSTICE

We **DENY** appellees' March 8, 2016 motion for rehearing.

Evans, J., dissenting

## ON MOTION FOR REHEARING

David Evans, Justice, dissenting.

I respectfully dissent from the denial of the motion for rehearing in this case. I agree with appellees that the correct remedy for the error identified in the majority's opinion would be for us to abate and remand to the trial court for findings of fact to be filed by former Judge Martin Lowy. *See* TEX.R.APP. P. 44.4 (when trial court's inaction prevents proper presentation of case and the trial court can correct its failure to act, "the court of appeals must direct the trial court to correct the error"); *see also Larry F. Smith, Inc. v. The Weber Co., Inc.,* 110 S.W.3d 611, 616 (Tex.App.–Dallas 2003) ("the preferred remedy" when the trial court failed to file findings of fact and conclusions of law is to "abate the case and allow the trial court to make its findings and conclusions"); TEX. CIV. PRAC. & REM.CODE ANN. § 30.002(a) (West 2015); TEX. GOV'T CODE ANN. § 74.052 (West 2013) (assignment of visiting judges by local administrative regional judge); *id.* § 74.055 (West 2013) (presiding judge of each judicial administrative region

to maintain list of retired and former judges subject to assignment).